427 A.2d 1184

Commonwealth v. Cummings, Jr., Appellant.

Submitted September 13, 1979.   Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.